**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**MILTON JACKSON,**<br><br>Defendant | NO. 5: 08-CR-74 (CAR)<br><br>**VIOLATION: Firearms Related** |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Michael T. Solis. Based upon the evidence proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Pretrial Services Report dated December 22, 2008, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☐ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated December 22, 2008, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the safety of the community were defendant Jackson to be released from custody at this time. The offense charged against him is a serious firearms felony for which long-term incarceration can be expected if he is convicted. His estimated federal sentencing guideline range computed by the U. S. Probation Office is 235 months to 293 months to be served in prison. The defendant possesses a criminal arrest and conviction record going back to 1976 which includes numerous *felony* convictions including BURGLARY (1976, 1977, 1979, 1980, and 1986); THEFT (1977, 1983, 2006, 2007, and 2008); POSSESSION WITH INTENT TO SELL COCAINE, 1989; and, SALE OF COCAINE, 1992. Defendant Jackson also has numerous theft-related and drug-related *misdemeanor* convictions. In addition, he has a history of probation and parole arrests and revocations.

**For the foregoing reasons, the undersigned finds that defendant Jackson would pose a serious danger to the community were he to be released from custody. He has exhibited a continuous pattern of violations of the law from 1976 to the present and is not a good candidate for pretrial supervision. Pretrial detention is thus mandated. IT IS SO ORDERED AND DIRECTED.**

## PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 7th day of JANUARY, 2009.**



**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**